UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00504

**Joseph Dan Fuller,**
*Plaintiff,*

v.

**Jamadre Enge et al.,**
*Defendants.*

# ORDER

Plaintiff Joseph Fuller, proceeding pro se, filed this civil action complaining of the conditions of confinement at the Coffield Unit of the Texas Department of Criminal Justice. Doc. 6. The case was referred to a magistrate judge. Doc. 3.

After directing plaintiff to amend his complaint, Doc. 5, and upon reviewing the pleadings, the magistrate judge issued a report and recommendation that the case be dismissed for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A. Doc. 9 at 8. Plaintiff acknowledged receipt of the report on April 25, 2025, Doc. 10., but did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the magistrate judge's findings and recommendations. Plaintiff's case is dismissed with prejudice for failure to state a claim upon which relief may be granted. Any pending motions are denied as moot. The clerk shall send a copy of this order to the administrator of the Three Strikes List for the United States District Court for the Eastern District of Texas.

*So ordered by the court on October 1, 2025.*

J. CAMPBELL BARKER
United States District Judge